UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANELLA AVILEZ-URBINA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:23-cv-00202-DAD-CSK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 27) |

Plaintiff Giovanella Avilez-Urbina, now proceeding *pro se*, initiated this civil action pursuant to 42 U.S.C. § 1983 on February 1, 2023. (Doc. No. 1.)[1] This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 27, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute this action. (Doc. No. 27.) Specifically, the magistrate judge noted that plaintiff had been directed to provide her current address by the court in a prior order and had failed to do so. (*Id.* at 3.) The findings and recommendations were served by mail to the last known address of plaintiff which was her address of record as it appears on the docket in this action and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

---

[1] On February 1, 2024, the previously assigned district judge granted counsel's motion to withdraw as plaintiff's counsel of record. (*See* Doc. No. 21.)

1

4.) The findings and recommendations were returned to the court as "undeliverable, unable to forward. To date, plaintiff has not filed any objections and the time in which to do so has passed. In addition, it appears that plaintiff has failed to keep the court apprised of any change in her address of record as required.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 27, 2024 (Doc. No. 27) are adopted in full;

2. This action is dismissed due to plaintiff's failure to prosecute this action; and,

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 29, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE